IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> MICHAEL GIAMO | UNCONTESTED <br><br> MOTION FOR LEAVE TO WITHDRAW <br><br> CASE NUMBER: 11-1105 M |

## ORDER

AND upon consideration of Attorney, Paul V. Isicrate's Motion for leave to withdraw as counsel for Defendant, Michael Giamo, and the said Motion being unopposed, it is hereby ORDERED that the Motion is GRANTED.

THE COURT

_____  10/6/2011
J  CARACAPPA

3